**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ALISA T. RANDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-0515 (KBJ) |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION

On April 26, 2017, the defendant in this matter filed a motion to dismiss plaintiff's complaint.  (*See* Mot. to Dismiss, ECF No. 5.)  The Court advised the plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if she did not respond to the motion by June 19, 2017, the Court may treat the motion as conceded.  (ECF No. 7.)  To date, the plaintiff has neither filed an opposition to the motion nor has requested more time to do so.  Therefore, the Court will **GRANT** the defendant's motion as conceded and will **DISMISS** this action without prejudice.

A separate Order accompanies this Memorandum Opinion.

DATE:  May 9, 2018

*Ketanji Brown Jackson*

KETANJI BROWN JACKSON
United States District Judge